United States District Court
for the District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | )     15-cr-00029-LEW |
| | ) |
| v. | ) |
| | ) |
| JESSE ROY | ) |
| | ) |
| Defendant, | |

**MOTION TO WITHDRAW AND APPOINT REPLACEMENT COUNSEL**

NOW COMES Attorney Robert C. Andrews, and respectfully requests this Court to grant this Motion to Withdraw for the following reasons:

1. On July 16, 2025, Counsel was appointed to represent Jesse Roy as defense counsel in the revocation of his supervised release.

2. The Court contacted Counsel, when Mr. Roy's counsel for state charges could not appear because of other court proceedings in the State of Maine courts.

3. Counsel believes it is in the b3st interest of Mr. Roy that he have a single counsel to coordinate the resolution between the Federal Court and the State Court.

4. Counsel has taken steps to minimize any prejudice to Mr. Roy.

5.  Mr. Roy is set to be released on bond on Monday July 21, 2025, Counsel has spoken to Mr. Roy's Counsel in the State proceedings who is willing to take over the representation, and Mr. Roy consents to the appointment in this case of Christopher Neilsen.

WHEREFORE, Attorney, Robert C. Andrews requests this Court to ORDER:

1.  Counsel be allowed to withdraw;
2.  Christopher Neilsen be appointed.

Dated: July 17, 2025                             /s/ Robert C. Andrews
                                                 Robert C. Andrews
                                                 Bar Number 8980
                                                 117 Auburn St., Suite 201
                                                 Portland, Maine 04103
                                                 207-879-9850

## Certificate of Service

      I, Robert C. Andrews, certify that I have served a conforming copy of this Motion to Withdraw by electronic filing:

Nicholas Heimbach, AUSA
Office of the United States Attorney
100 Middle Street
6th Floor
Portland, Maine 04101

This 17th Day of July 2025.

                                              /s/ Robert C. Andrews
                                               Robert C. Andrews
                                               Attorney for the Defendant